UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH E. FARMER,

    Plaintiff,                                                  Case No. 14-cv-10083
                                                           Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION (ECF #18), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #17), AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #14)</u>**

On February 23, 2015, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff Kenneth E. Farmer's Motion for Summary Judgment (ECF #14) and grant the Defendant Commissioner of Social Security's Motion for Summary Judgment (ECF #17). (*See* ECF #18.) The R&R stated that the parties could object to and seek review of the recommendation within fourteen days. (*See id.* at 11, Pg. ID 852.)

Neither party has objected to the R&R. Failure to file objections to the R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,*

1

829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the Magistrate Judge's R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). The Court has nevertheless reviewed the R&R and agrees with the findings and conclusions of the Magistrate Judge.

Therefore, **IT IS HEREBY ORDERED** that the Magistrate Judge's February 23, 2015, Report and Recommendation (ECF #18) is **ADOPTED** as the Opinion of this Court. **IT IS FURTHER ORDERED**, for the reasons stated in the R&R, that Plaintiff's June 30, 2014, motion for summary judgment (ECF #14) is **DENIED**, and that Defendant's August 26, 2014, motion for summary judgment (ECF #17) is **GRANTED**.

                                           s/Matthew F. Leitman  
                                           MATTHEW F. LEITMAN  
                                           UNITED STATES DISTRICT JUDGE

Dated:  March 16, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 16, 2015, by electronic means and/or ordinary mail.

                                           s/Holly A. Monda  
                                           Case Manager  
                                           (313) 234-5113